**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| *In re MultiPlan Health Insurance Provider Litigation* | Civil Action No.: 1:26-cv-08462 |
| *This Document Relates to:* <br> **The Children's Hospital of Philadelphia**, and all related entities listed in Exhibit A, <br><br>     Plaintiffs, <br><br>     v. <br><br> MULTIPLAN CORP. NKA CLARITEV CORPORATION; MULTIPLAN, INC.; VIANT, INC.; VIANT PAYMENT SYSTEMS, INC.; NATIONAL CARE NETWORK, LP; NATIONAL CARE NETWORK, LLC; MEDICAL AUDIT & REVIEW SOLUTIONS, INC.; AETNA, INC.; THE CIGNA GROUP; UNITEDHEALTH GROUP, INC.; UNITED MEDICAL RESOURCES INC; ELEVANCE HEALTH, INC. F/K/A/ ANTHEM, INC.; ANTHEM BLUE CROSS, INC. F/K/A EMPIRE BLUE CROSS.; et al., <br><br>     Defendants. |  |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**
**AND NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Children's Hospital of Philadelphia ("CHOP"), itself and on behalf of the entities identified in Exhibit A to the Direct Action Plaintiff Short-Form Complaint of The Children's Hospital of Philadelphia and Related Entities (collectively, the "CHOP Entities"), by and through their undersigned counsel, hereby make the following disclosure statement:

1. CHOP is a nongovernmental corporate party. It is a non-stock nonprofit organization with no members that is controlled via the operation of its bylaws by The Children's Hospital of Philadelphia Foundation. CHOP is not a publicly held corporation, and no publicly held corporation owns 5% or more of its stock.

2. CHOP is the parent controlling the CHOP Entities. The CHOP Entities are nongovernmental corporate parties, are not publicly held, and no publicly held corporation owns 5% or more of their stock.

Date: July 16, 2026

**DUANE MORRIS LLP**

/s/ *Sean S. Zabaneh*
Sean S. Zabaneh
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
P: 215 979 1149
SSZabaneh@duanemorris.com
SPMcconnell@duanemorris.co
m SCKulik@duanemorris.com

and

Rebecca Bazan
DUANE MORRIS LLP
Washington, D.C. 20001
P: 202 766 7800
REBazan@duanemorris.com

and

John D. Cooke
DUANE MORRIS LLP
Chicago, IL 60603
P: 312 499 6700
JDCooke@duanemorris.com
Attorney ID: 6354591
***Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

Date: July 16, 2026

**DUANE MORRIS LLP**

/s/ *Sean S. Zabaneh*
Sean S. Zabaneh
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
P: 215 979 1149
SSZabaneh@duanemorris.com
SPMcconnell@duanemorris.com
SCKulik@duanemorris.com

and

Rebecca Bazan
DUANE MORRIS LLP
Washington, D.C. 20001
P: 202 766 7800
REBazan@duanemorris.com

and

John D. Cooke
DUANE MORRIS LLP
Chicago, IL 60603
P: 312 499 6700
JDCooke@duanemorris.com
Attorney ID: 6354591

***Counsel for Plaintiffs***